| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CABN 44332)<br>    United States Attorney | **FILED** |
| 2  BRIAN J. STRETCH (CABN 163973) | |
| 3  Chief, Criminal Division | JUL 2 9 2008 |
| 4  W.S. WILSON LEUNG (CABN 190939)<br>    Assistant United States Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1 JOSEPH P. RUSSONIELLO (CABN 44332)
  United States Attorney

2
3 BRIAN J. STRETCH (CABN 163973)
  Chief, Criminal Division

4 W.S. WILSON LEUNG (CABN 190939)
  Assistant United States Attorney
5
  450 Golden Gate Avenue, Box 36055
6 San Francisco, California 94102-3495
  Telephone: (415) 436-6758
7 FAX: (415) 436-6753

8 Attorneys for the United States of America

9
                UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA       )    No. 3-08-70476-MEJ
14                                )
                                  )
15      - v. -                    )
                                  )    APPLICATION AND [PROPOSED]
16                                )    UNSEALING ORDER
   JONATHAN CRUZ-RAMIREZ,         )
17                                )
                                  )
18      Defendant.                )
                                  )
19                                )
                                  )
20

21     The Government respectfully submits this application to unseal the above-captioned case,
22 in which the defendant, JONATHAN CRUZ-RAMIREZ, is charged in a criminal complaint with
23 one count of illegal re-entry, in violation of Title 8, United States Code, Section 1326. The
24 defendant was arrested during the evening of July 25, 2008, so there is no longer any need to
25 maintain the captioned criminal complaint under seal.
26 //
27 //
28 //

1  DATED: July 28, 2008                          JOSEPH P. RUSSONIELLO
                                                 United States Attorney
2
3                                          By:   /s/ W.A. Leung
                                                 W.S. Wilson Leung
4                                                Assistant United States Attorney
5
6       Upon the motion of the United States, by United States Attorney Joseph P. Russoniello
7  and Assistant United States Attorney W.S. Wilson Leung, of counsel, for the reasons stated
8  above, it is hereby ordered that the above-captioned case be unsealed.
9       IT IS SO ORDERED.
10
11  DATED: July 29, 2008
                                                 HON. MARIA-ELENA JAMES
12                                               United States Magistrate Judge

-2-