# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



---

UNITED STATES OF AMERICA,

V.

**E-filing**

JONATHAN CRUZ-RAMIREZ
a/k/a "Soldado"

**CR 08 0531 JSW**

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(5) - Illegal Alien in Possession of Firearm;

8 U.S.C. §1326 - Illegal Reentry

---

A true bill. _INDICT_

_____
Foreman

Filed in open court this __7__ day of _AUGUST 2008_

_____
Clerk

Bail, $ _No process_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Ct. 1 -- 18 USC 922(g)(5) (illegal alien in possession of firearm)
Ct. 2 -- 8 USC 1326 (illegal re-entry)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ JONATHAN CRUZ-RAMIREZ

**DISTRICT COURT NUMBER**
CR 08 0531 JSW

FILED
AUG 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PENALTY:**
Ct. 1 -- 10 years' imprisonment; 3 years' SR; fine – greatest of $250k or 3x gain/loss; $100 SA
Ct. 2 -- 2 years' imprisonment; 1 years' SR; fine – greatest of $250k or 3x gain/loss; $100 SA

**DEFENDANT**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

E-filing

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
Ben Horton, Special Agent, Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08 Mag 70476

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ 7/25/2008   Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    W.S. Wilson Leung

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6                              E-filing
7
8
9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION



12  UNITED STATES OF AMERICA,        )   Criminal No.:
                                     )                      CR 08 0531
13           - v. -                  )   VIOLATION: 18 U.S.C. § 922(g)(5) – Illegal
                                     )   Alien in Possession of Firearm; 8 U.S.C. §
14                                   )   1326 -- Illegal Reentry
    JONATHAN CRUZ-RAMIREZ,           )
15       a/k/a "Soldado,"            )
                                     )   SAN FRANCISCO VENUE
16                                   )
        Defendant.                   )
17                                   )
                                     )
18  _____
                           **INDICTMENT**
19
                             **COUNT ONE:**
20
                   (Illegal Alien in Possession of Firearm)
21
    The Grand Jury charges:
22
    On or about July 25, 2008, in the Northern District of California, the defendant,
23
                JONATHAN CRUZ-RAMIREZ, a/k/a "Soldado,"
24
    then being an alien illegally and unlawfully in the United States, did unlawfully, willfully, and
25
    knowingly possess a firearm, to wit, a Makarov IJ-70 9x18 mm caliber handgun, serial number
26
    BB6854, manufactured in Russia and imported by Big Bear Arms of Dallas, Texas, in and
27
    affecting interstate commerce.
28
          All in violation of Title 18, United States Code, Section 922(g)(5).

    INDICTMENT

**COUNT TWO:**

(Illegal Re-Entry)

On or about July 25, 2008, in the Northern District of California, the defendant,

JONATHAN CRUZ-RAMIREZ, a/k/a "Soldado,"

an alien, having been previously excluded, deported, and removed from the United States, and having subsequently voluntarily returned to and remained in the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-application by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

DATED:  
8-7-08

A TRUE BILL.

_____  
FOREPERSON

JOSEPH P. RUSSONIELLO  
United States Attorney

_____  
JAMES T. CHOU  
Chief, Organized Crime Strike Force

(Approved as to form: _____)  
AUSA W.S. Wilson Leung

INDICTMENT                                    -2-