JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0531 JSW |
| v. | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
| JONATHAN CRUZ-RAMIREZ, a/k/a "Soldado," | |
| Defendant. | |

On August 11, 2008, defendant Jonathan Cruz-Ramirez, appeared with his counsel, Susan Raffanti, Esq., before Magistrate Judge Joseph C. Spero for arraignment and the initial appearance on the indictment, and the initial appearance before the Honorable Jeffrey S. White, U.S.D.J., was scheduled for August 28, 2008. With the agreement of the parties and with the consent of the defendant, the Court enters this order excluding time under the Speedy Trial Act from August 11, 2008 to August 28, 2008. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Jonathan Cruz-Ramirez, appeared before the Court on August 11,

1. 2008, and was arraigned. The Court scheduled August 28, 2008 as the defendant's initial appearance before the District Court.

2. Between August 11, 2008 and August 28, 2008, the Government will be producing discovery for Ms. Raffanti's review. Accordingly, the parties have requested that time be excluded under the Speedy Trial Act from August 11, 2008 to August 28, 2008 for this purpose.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 11, 2008 to August 28, 2008 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial, by allowing the production and review of discovery, thereby ensuring effective preparation of counsel, in accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

STIPULATED:

DATED: August 12, 2008

SUSAN RAFFANTI, ESQ.
Attorney for JONATHAN CRUZ-RAMIREZ

DATED: August 12, 2008

W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: August 13, 2008

HON. JOSEPH C. SPERO
United States Magistrate Judge

-2-