**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTE ORDER**

Date:  August 28, 2008

Case No.  CR-08-531  JSW              Judge:  Jeffrey S. White

United States of America   v.  Jonathan Cruz-Ramirez
　　　　　　　　　Defendant
　　　　　　　　　Present (X) Not Present ( ) In-Custody (X )

　Wilson Leung                               Susan Raffanti
　U.S. Attorney                              Defense Counsel

Deputy Clerk: Jennifer Ottolini        Court Reporter:  Connie Kuhl
                                       Spanish Interpreter:  Melinda Basker

**PROCEEDINGS**

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**    Discovery continues to be produced.

Case Continued to 9-11-08 at 2:30 p.m for Further Status / Trial Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**