JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH(CABN 163973)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6758
    FAX: (415) 436-6753

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0531-JSW |
|     v. ) | |
| ) | STIPULATION AND [PROPOSED] |
| JONATHAN CRUZ-RAMIREZ, ) | ORDER DOCUMENTING WAIVER |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order excluding time under Speedy Trial Act from August 28, 2008 until September 11, 2008 at 2:30 pm. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Jonathan Cruz-Ramirez, was charged in a complaint dated July 29, 2008 with one count of illegal re-entry into the United States, in violation of 8 U.S.C. § 1326. The defendant was arrested on July 28, 2008. On July 30, 2008 Susan Raffanti, Esq., was appointed to represent the defendant and has represented the defendant since.

    2.    On August 7, 2008, the Grand Jury indicted the defendant on one count of illegal re-entry, in violation of 8 U.S.C. § 1326, and one count of alien in possession of a firearm, in

1 violation of 18 U.S.C. § 922(g)(5). The defendant was arraigned before Magistrate Judge Spero
2 on August 1, 2008, who scheduled August 28, 2008 as the initial conference before Judge White.
3     3. The parties appeared before Judge White on August 28, 2008 and reported that the
4 Government had already begun producing discovery and was still in the process of doing so. The
5 parties, therefore, requested another trial setting hearing before the Court on September 11, 2008,
6 which the Court granted. The parties also agreed that exclusion of time for Speedy Trial Act
7 calculations would be appropriate so that the Government could continue to produce discovery,
8 and so that the defense could review discovery, thereby ensuring effective preparation of counsel.
9 The Court granted another hearing for the parties for September 11, 2008 at 2:30 pm, and also
10 granted the request to exclude time under the Speedy Trial Act.
11     4. Accordingly, with the consent of the defendant, the Court hereby confirms its
12 exclusion of the time between August 28, 2008 and September 11, 2008 from Speedy Trial Act
13 calculations for the reasons set forth above.

STIPULATED:

DATED: September 4, 2008     /s/
    SUSAN RAFFANTI, ESQ.
    Attorney for JONATHAN CRUZ-RAMIREZ

DATED: September 4, 2008     /s/
    W.S. WILSON LEUNG
    Assistant United States Attorney

IT IS SO ORDERED.

DATED: September ____, 2008     
    HON. JEFFREY S. WHITE
    United States District Judge